FILED

2013 JUN 28 AM 10: 18

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WRIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>CASWELL OVERLOOK COMMUNITY ASSOCIATION, INC., a Georgia corporation, LUEDER, LARKIN & HUNTER, LLC, a Georgia limited liability corporation, and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. 13-CV-1147 BEN (JMA)<br><br>**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS***<br><br>[ECF No. 2] |

On May 13, 2013, Plaintiff William J. Wright filed a civil complaint and a motion to proceed *in forma pauperis* ("IFP"). ECF Nos. 1 & 2. For the reasons stated below, the motion to proceed IFP is granted.

## DISCUSSION

All parties instituting any civil action in a district court, except an application for writ of habeas corpus, must pay a filing fee. 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). A party seeking IFP status must submit an affidavit stating that she is unable to pay the costs of the lawsuit. § 1915(a). "The granting or refusing of permission to proceed *in forma*

*pauperis* is a matter committed to the sound discretion of the district court." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965) (citations omitted).

Having reviewed Plaintiff's declaration in support of his motion to proceed IFP, the Court finds that he is unable to pay the filing fee or post securities required to maintain this action. Accordingly, the Court **GRANTS** his motion to proceed IFP.

Pursuant to 28 U.S.C. § 1915(e)(2)(B), notwithstanding any filing fee, the Court must dismiss any complaint if at any time the Court determines that it is "frivolous or malicious," "fails to state a claim on which relief may be granted," or "seeks monetary relief against a defendant who is immune from such relief." This sua sponte screening is mandatory. *See Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000) (en banc); *see also Calhoun v. Stahl*, 254 F.3d 845, 845 (9th Cir. 2001) (per curiam).

Having reviewed Plaintiff's Complaint, the Court finds that it survives the sua sponte screening of 28 U.S.C. § 1915(e)(2)(B).

## CONCLUSION

Wright's motion to proceed *in forma pauperis* is **GRANTED**.

**IT IS SO ORDERED.**

DATED: June 27, 2013

HON. ROGER T. BENITEZ
United States District Court Judge